■ In the Matter of CORINNE SUTTER, Appellant, v RONALD J. STARKWEATHER et al., Constituting the Monroe County Board of Elections, et al., Respondents.—Order unanimously affirmed without costs. (Appeal from Order of Supreme Court, Monroe County, Willis, J.—Election Law.) Present—Denman, P. J., Callahan, Boomer, Boehm and Davis, JJ. (Filed Aug. 25, 1992.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNESTO MITCHELL-BENITEZ, Appellant.—Judgment unanimously affirmed. Memorandum: We determine from the record that the People established the necessary foundation for the admission of the tape recording made on August 30, 1990 *(see, People v Ely,* 68 NY2d 520, 527). (Appeal from Judgment of Supreme Court, Onondaga County, Gorman, J.—Conspiracy, 2nd Degree.) Present—Denman, P. J., Boomer, Balio, Lawton and Fallon, JJ.